

59 P.3d 931

# SUPREME COURT OF HAWAI'I

## December 9, 2002

| | | |
|---|---|---|
| 25108 | State v. Makahanaloa | Vacated and Remanded |

## December 11, 2002

| | | |
|---|---|---|
| 24846 | State v. Victorino | Affirmed |

## December 20, 2002

| | | |
|---|---|---|
| 24776 | Doe, In re· | Affirmed |
| 23019 | State v. Agpaoa | Affirmed |
| 22812 | State v. Cross | Vacated and Remanded |
| 22023 | State v. Enriquez | Affirmed |
| 24889 | State v. Story | Vacated and Remanded |

## December 23, 2002

| | | |
|---|---|---|
| 23092 | State v. Cunney | Affirmed |

## December 24, 2002

| | | |
|---|---|---|
| 24951 | State v. Faualo | Affirmed |
| 24754 | State v. Moniz | Vacated and Remanded |
| 22345 | State v. Sisneros | Affirmed |

## December 30, 2002

| | | |
|---|---|---|
| 24298 | Child Support Enforcement Agency v. Grindling | Affirmed |